# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Grace L. Sandoval

            **V.**              **JUDGMENT IN A CIVIL CASE**

Lidia P. Jaimes

                        CASE NUMBER:   09CV0588-JAH(NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is sua sponte dismissed for failing to state a claim.

| October 5, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/J. Petersen |
| | (By) Deputy Clerk |
| | ENTERED ON October 5, 2009 |